UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

_____

UNITED STATES OF AMERICA         CASE NO. 3:24-cr-00009-TJC-PDB

v.

NEIL METZGER

_____

Counsel for Government:          Counsel for Defendant:
John Cannizzaro                  Lisa Call

_____

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Timothy Luksha        Court Reporter: Shannon Bishop

_____

## CLERK'S MINUTES

**PROCEEDINGS OF:**         **SPECIAL SET STATUS CONFERENCE**

Discussion regarding status of the case and potential trial date.

The Defendant moved to continue trial by 2 months.

The Government has no objection to the continuance.

For the reasons stated on the record, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(7)(A)), the Oral Motion to Continue Trial is **GRANTED.**

   **CASE RESET:**

   **Special Set Status:**         **November 7, 2024, at 2:00 p.m.**
   **Tentative Jury Selection:**   **December 6, 2024, at 9:00 a.m.**
   **Trial Commencing:**           **December 9, 2024, at 9:00 a.m.**

Order to enter.

DATE: September 17, 2024                TIME: 1:57 p.m. – 2:12 p.m.
                                              (Total: 15 Minutes)